| Small Claims DOCKET | DOCKET NUMBER<br>200316SC001090 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| CASE NAME | | CURRENT COURT |
|---|---|---|
| NORM WAGNER vs. AIR FRANCE | 03-CV-40261 | Fitchburg District Court<br>100 Elm Street<br>Fitchburg, MA 01420-3186<br>(978) 345-2111 |

| ASSOCIATED DOCKET NO. | DATE FILED | DATE DISPOSED |
|---|---|---|
| | 09/12/2003 | 00/00/0000 |

*FILED IN CLERK'S OFFICE 2003 DEC -4 [?] U.S. DISTRICT COURT DISTRICT OF [MASS]*

| PLAINTIFF(S) | PLAINTIFF'S ATTORNEY |
|---|---|
| P01   NORM WAGNER<br>39 MASS AVE<br>LUNENBURG, MA 01462<br>(978) 342-1330 | |

| DEFENDANT(S)/OTHER SINGLE PARTIES | DEFENDANT'S ATTORNEY |
|---|---|
| D01   AIR FRANCE<br>CUSTOMER RELATIONS<br>PO BOX 459000<br>SUNRISE, FL 33345<br>(877) 247-9247 | PETER FRANKLIN WINTERS<br>111 HUNTINGTON AVENUE<br>SUITE 1300<br>BOSTON, MA 02199-7610<br>(617) 267-2300 |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/03/2003 | Statement of Small Claim entered on 09/12/2003 at Fitchburg District Court. |
| 2 | 10/03/2003 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 10/03/2003 | Case Inactivated: No future events scheduled. |
| 4 | 10/22/2003 | Small claim notice of trial issued to plaintiff(s) by first class mail, and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 10/22/2003 | MAGISTRATE TRIAL SCHEDULED for 12/01/2003 01:00 PM. |
| 6 | 11/07/2003 | Return of service on small claim notice of trial to D01 AIR FRANCE: Certified mail returned DELIVERED; signed receipt returned. |
| 7 | 11/26/2003 | Notice of Removal to U.S. District Court filed. |

Page 1 of 2   A TRUE COPY, ATTEST:   CLERK-MAGISTRATE/ASST. CLERK   X _[signature]_   DATE 12-2-03

Date/Time Printed: 12/02/2003 12:30 PM

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 1300
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

PETER F. WINTERS
(617) 859-2716

November 24, 2003

Clerk of the Court
Fitchburg District Court/Small Claims Division
100 Elm Street
Fitchburg, Massachusetts 01420

    Re:   *Norm Wagner v. Société Air France/Civil Action 0316 SC 1090*

Dear Sir/Madam:

    I enclose a Notice of Removal to the U.S. District Court for the above-captioned matter.

    If you have any questions, please do not hesitate to call me.

                Yours very truly,

                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                Peter F. Winters

/bjc
enclosures

35011747.1

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS                                            FITCHBURG DISTRICT COURT

|  |  |
|---|---|
| NORM WAGNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 0316 SC 1090 |
| SOCIÉTÉ AIR FRANCE (improperly designated ) | |
| as "Air France") ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

To Plaintiff Norm Wagner:

Please be advised that a Notice of Removal was filed in this action removing it to the United States District Court for the District of Massachusetts, Worcester Division, on November 24, 2003.

A copy of said Notice attached and is served and filed herewith.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

35011634.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to the plaintiff and plaintiff's counsel, Bruce Skrine, Esq. 628 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.

35011634.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORM WAGNER<br><br>Plaintiff,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE (improperly designated as "Air France")<br><br>Defendant. | FILED<br>IN CLERKS OFFICE<br><br>2004 NOV 24 A 10: 19<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>CIVIL ACTION NO.: _____<br><br>**03-40261** |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that the Defendant, Société Air France (improperly designated "Air France"), by and through its undersigned counsel, Robins, Kaplan, Miller & Ciresi LLP, hereby notifies this Honorable Court of the removal of the above-captioned civil action from the Fitchburg District Court to the United States District Court for the District of Massachusetts. The basis for removal is more particularly stated as follows:

1. On or about September 2, 2003, the Plaintiff, Norm Wagner ("Plaintiff"), commenced this action by filing a Statement of Small Claim in the Fitchburg Division of the District Court Department, in the county of Worcester, in the matter captioned *Norm Wagner v. Air France*, Civil Action No. 0316 SC 1090. A true and correct copy of the Statement of Small Claim is attached hereto as Exhibit "A."

35011627.1

2. On or about November 5, 2003, Defendant received a copy of the attached Notice of Small Claim at its Florida customer service center.

3. There have been no further proceedings in the Fitchburg District Court and there are no other pleadings of record in that action.

4. This Notice of Removal is being filed with the Court within thirty (30) days of Defendant's receipt of the Statement of Small Claim as provided by 28 U.S.C. §1446(b).

5. Defendant is a foreign corporation, duly organized and existing under the laws of the Republic of France, with a principal place of business located in Paris, France.

6. The Republic of France owns a majority of the shares of stock of the Defendant.

7. Defendant is an "agent or instrumentality of a foreign state" as defined by 28 U.S.C. §1603 as it is a corporation with a majority of shares owned by a foreign state or political subdivision.

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1330, without regard to the amount in controversy and this action is removable pursuant to 28 U.S.C. §1441(d).

9. As an agency or instrumentality of a foreign state, Defendant hereby invokes its right pursuant to 28 U.S.C. §1441(d) to have this action tried without a jury in the United States District Court for the District of Massachusetts.

WHEREFORE, Defendant, Société Air France (improperly designated Air France), respectfully requests that the above-captioned action be removed from the Fitchburg Division of

the District Court Department to this Honorable Court.

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*[signature]*

Peter F. Winters. (BBO No.: 555698)
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300
Attorneys for Defendant, Société Air France

DATED: November 24, 2003

35011627.1

- 3 -

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on November 24, 2003, to plaintiff's counsel Bruce Skine, 620 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**Trial Court of Massachusetts — Small Claims Session**

DOCKET NO. 0316 SC 1090

For Court Use Only

**PART 1**
- ☐ BOSTON MUNICIPAL COURT
- ☒ DISTRICT COURT — Fitchburg Sm. Cl. Division
- ☐ HOUSING COURT

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
Norm Wagner
~~8 Glen Lane~~ 39 Mass Ave
~~Sudbury, MA 01776~~ Lunenburg MA 01462
PHONE NO: 978-342-1330

PLAINTIFF'S ATTORNEY (if any): —

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
Air France
Customer Relations P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

97020000009/12/03 SMALL CLAIM 30.00
97020000009/12/03 SURCHARGE 10.00
PHONE NO: 40.00

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $3000.00 plus $ ~~~~ court costs for the following reasons: Give the date of the event that is the basis of your claim.

On July 19, 2003, Air France practiced unfair deceptive trade practices. I had confirmed Reservation for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, leaving me stranded in France.

SIGNATURE OF PLAINTIFF X [signature]   DATE 7/1/03

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
- ☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
- ☐ above defendant(s) is (are) serving in the military

X [signature]   SIGNATURE OF PLAINTIFF   DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM.

FIRST JUSTICE: PAUL F. LOCONTO
CLERK-MAGISTRATE OR DESIGNEE: [signature]

NAME AND ADDRESS OF COURT:
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL:
MONDAY, 12/1/03 AT 1:00 PM
ROOM NO. MAIN FLOOR COURTROOM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

COURT USE ONLY

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only. → 0316 SC 1090 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

**PART 1:** ☐ BOSTON MUNICIPAL COURT ☒ DISTRICT COURT Fitchburg Jm.C. Division ☐ HOUSING COURT _____ Division

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE:**
Norm Wagner
~~8 Glen Lane~~ 39 MASS AVE
~~Sudbury, MA 01776~~ Lunenburg MA 01462
PHONE NO: 978-342-1330

PLAINTIFF'S ATTORNEY (if any): Name: ___ Address: ___ PHONE NO: ___ BBO NO: ___

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:**
Air France
Customer Relations. P.O. Box 459000
Sunrise, FL 33345
PHONE NO: 877-247-9247

ADDITIONAL DEFENDANT (if any): Name: ___ Address: ___ PHONE NO: 40.00

(stamp: 9702000009/12/03 SMAL CLAIM 30.00 / 9703000009/12/03 SURCHARGE)

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $2000.00 plus $~~2.00~~ court costs for the following reasons:

On July 19, 2003, Air France, practiced unfair & deceptive trade practices. I had confirmed reservation for flight 1149. Air France bumped me from my flight and made no attempt to reschedule me on another flight, leaving me stranded in France.

SIGNATURE OF PLAINTIFF X _____  DATE 9/1/03

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military
X _____ SIGNATURE OF PLAINTIFF   DATE

**NOTICE OF TRIAL — NOTICE TO DEFENDANT:** You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: PAUL F. LOCONTO
CLERK-MAGISTRATE OR DESIGNEE: ___

NAME AND ADDRESS OF COURT:
FITCHBURG DISTRICT COURT
100 ELM STREET
FITCHBURG, MA 01420

DATE AND TIME OF TRIAL: MONDAY, 12/1/03 AT 1:00 PM
ROOM NO. MAIN FLOOR COURTROOM

▼ BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED ▼
◄ COURT USE ONLY ►

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.
DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÈS. OBTENGA UNA TRADUCCIÒN.



