UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE WAGNER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIÉTÉ AIR FRANCE (improperly designated )<br>as "Air France") )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO.: 03-40260 |

FILED
IN CLERKS OFFICE
2003 JAN 17  P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

## RULE 7.1 CERTIFICATION

I, Peter F. Winters, hereby certify that I made reasonable efforts to narrow the issues among the parties prior to submission of Defendant's Motion to Consolidate. I conferred with Plaintiff's attorney, Bruce Skrine, but was unable to obtain his assent to the Motion to Consolidate.

Respectfully submitted,
SOCIÉTÉ AIR FRANCE,
By its attorney,

Peter F. Winters. (BBO No.: 555698)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, Massachusetts 02199
(617) 267-2300

DATED: December 16, 2003

35012082.1

## CERTIFICATE OF SERVICE

I, Peter F. Winters, Esq., hereby certify that a true and correct copy of the foregoing document has been mailed, first class mail, postage prepaid on December 16, 2003, to the plaintiff's counsel Bruce Skrine, 628 Lewis Wharf, Boston, MA 02110.

_____
Peter F. Winters, Esq.

35012082.1